# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISON RAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| AT&T INC., et al., | : | No. 18-3303 |
| Defendants. | : | |

## ORDER

AND NOW, on January 11, 2019, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendant's motion for summary judgment (doc. 19) is DENIED;

2. Plaintiff's motion for partial summary judgment (doc. 13) as to Count II of the Complaint is GRANTED; and

3. Counsel shall contact chambers for further scheduling in this matter.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE