IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISON RAY<br>    Collegeville, PA 19426,<br><br>            Plaintiff,<br><br>    -against-<br><br>AT&T MOBILITY SERVICES, LLC<br>    1025 Lenox Park Blvd., NE.<br>    Atlanta, GA 30319<br><br>            Defendant. | No. 2:18-cv-03303-TR<br><br>Magistrate Judge Timothy R. Rice |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of Defendant AT&T Mobility Services LLC's Motion For Leave To Amend Its Answer To The First Amended Complaint And Affirmative Defenses To Add A Counterclaim, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Amended Answer With Affirmative Defenses And Counterclaim is deemed filed.

                                IT IS SO ORDERED

_____
Honorable Timothy R. Rice, U.S. Magistrate Judge