# GAGE DECLARATION EXHIBIT 11

# FILED UNDER SEAL

# GAGE DECLARATION EXHIBIT 12

# 2014 My Performance Plan for ALISON RAY



## Employee Information

|  |  |
|---|---|
| Last Name: | RAY |
| First Name: | ALISON |
| Position Title: | DIRECTOR OF SALES |
| Supervisor: | TIFFANY BAEHMAN |
| Department: | RETAIL SLS & SVC - LIBERTY STATES |
| Business Unit: | MOBILITY RTL SLS & SVC - NE REG |
| Company Name: | AT&T Mobility Services LLC |

## Review Information

|  |  |
|---|---|
| Originator: | MATTHEW A DOVEL (md8740) |
| Review Period: | 01/01/2014 - 12/31/2014 |
| Due Date: | 02/28/2015 |

## AT&T Vision, Values, and Priorities

Our vision, values, and priorities are the foundation for our work. As we "mobilize a world that works for people," our vision propels our values to innovate, engage customers, strengthen our capabilities, and do the right thing.

Aligning your individual goals to organizational priorities ensures we position ourselves for success as we move to meet the needs of our customers and become an all-wireless, all-IP, all-cloud company.



PLAINTIFF'S EXHIBIT
11
1/31/20 ML
PENGAD 800-631-6989

My Goals

## *Giving and getting the most from your role*

Here's where your Business Goals from your myGoal Plan appear. They are WHAT you'll accomplish to make sure the work you're doing every day counts -- and help to build your successes to come. You can add and edit goals right from here. Note your progress and the results for each Business Goal at midyear and end of year.

Why this is important:

- Your Supervisor will know how you have been working toward your goals.
- You'll both feel confident when you want to step up to new opportunities.
- You can keep building on your goals as you progress and are inspired to pursue new experiences.

**ATTACHMENTS:** You may attach documentation supporting your results  here.

1.1 Gross Submit Units Cnt Attain (T)
**Goal:**
Gross Submit Units Cnt Attain (T)

**Measure(s) of Success:**
(5) YTD average attainment at or above 120%
(4) YTD average attainment between 110% - 119.99%
(3) YTD average attainment between 100% - 109.99%
(2) YTD average attainment between 85% - 99.99%
(1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOSSIG: Attainment: 124.35%; Score: 5 From: 01/2014 , Attainment: 98.69%; Score: 2 From: 04/2014 ; LDNR DOS: Attainment: 108.28%; Score: 3 From: 12/2013
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 124.35%; Score: 5 From: 01/2014 , Attainment: 98.69%; Score: 2 From: 04/2014 , Attainment: 105.58%; Score: 3 From: 06/2014 , Attainment: 110.02%; Score: 4 From: 07/2014 , Attainment: 101.45%; Score: 3 From: 09/2014 ; LDNR DOS: Attainment: 108.28%; Score: 3 From: 12/2013
**Midyear Results:**
Channel optimization contributing to attainment: 5 new doors and 4 remodels in 1st half. 3 acquisitions: One Stop, Mobilecom and Atlantic Communications. Closed 3 locations: Global Burlington, Hazelton and Park City.
**End of Year Results:**
Per dashboard - 57% projected gross add growth YOY (2014 projected over 2013).
YTD thru November 2014 #1 DOS overall in region and #6 in country. Total 2014 channel optimization = 5 acquisitions completed, 21 new stores, 12 remodels and 8 relocations.
Gross Submit Units Cnt Attain (T) 06/2014 06/2014 1.0558 0.20 3
Gross Submit Units Cnt Attain (T) 07/2014 08/2014 1.1002 0.20 4
Gross Submit Units Cnt Attain (T) 09/2014 11/2014 1.0145 0.20 3

DEF_0000002

**1.2 TRR Attain (T)**
**Goal:**                                    **Measure(s) of Success:**
TRR Attain (T)                               (5) YTD average attainment at or above 120%
                                             (4) YTD average attainment between 110% - 119.99%
                                             (3) YTD average attainment between 100% - 109.99%
                                             (2) YTD average attainment between 85% - 99.99%
                                             (1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOSSIG: Attainment: 145.32%; Score: 5 From: 01/2014 ; LDNR DOS: Attainment: 111.40%; Score: 4 From: 12/2013
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 145.32%; Score: 5 From: 01/2014 ; LDNR DOS: Attainment: 111.40%; Score: 4 From: 12/2013
**Midyear Results:**
**End of Year Results:**
YTD #1 DOS in region; 105% attainment per dash rankings
no data fround in MPP tool; per dash:
Jul 2014 130.7%
Aug 2014 101.0%
Sep 2014 86.6%
Oct 2014 82.8%
Nov 2014 92.3%

**1.3 CES - WTR Attain (T) (Store results for SSR and Mgt)**
**Goal:**                                    **Measure(s) of Success:**
CES - WTR Attain (T) (Store results for      (5) YTD average attainment at or above 120%
SSR and Mgt)                                 (4) YTD average attainment between 110% - 119.99%
                                             (3) YTD average attainment between 100% - 109.99%
                                             (2) YTD average attainment between 85% - 99.99%
                                             (1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOSSIG: Attainment: 99.52%; Score: 2 From: 01/2014 , Attainment: 102.12%; Score: 3 From: 04/2014
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 99.52%; Score: 2 From: 01/2014 , Attainment: 102.12%; Score: 3 From: 04/2014 , Attainment:
99.74%; Score: 2 From: 06/2014 , Attainment: 103.02%; Score: 3 From: 07/2014 , Attainment: 100.75%; Score: 3 From:
09/2014
**Midyear Results:**
**End of Year Results:**
YTD #5 DOS in region; 100.6% attainment per dash rankings
CES - WTR Attain (T) (Store results for SSR and Mgt) 06/2014 06/2014 0.9974 0.30 2
CES - WTR Attain (T) (Store results for SSR and Mgt) 07/2014 08/2014 1.0302 0.30 3
CES - WTR Attain (T) (Store results for SSR and Mgt) 09/2014 11/2014 1.0075 0.30 3

**1.4 Strategic Prod GA Cnt Attain (T)**
Goal:
Strategic Prod GA Cnt Attain (T)

Measure(s) of Success:
(5) YTD average attainment at or above 120%
(4) YTD average attainment between 110% - 119.99%
(3) YTD average attainment between 100% - 109.99%
(2) YTD average attainment between 85% - 99.99%
(1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
LDNR DOS: Attainment: 168.69%; Score: 5 From: 12/2013 ; LD DOSSIG: Attainment: 113.53%; Score: 4 From: 01/2014
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 113.53%; Score: 4 From: 01/2014 ; LDNR DOS: Attainment: 168.69%; Score: 5 From: 12/2013
**Midyear Results:**
**End of Year Results:**
YTD #2 DOS in region; 180% attainment per dash rankings. 253% YOY tablet increase; projecting 35.5 per door
no data loaded in MPP tool.
Per dash:
Jul 2014 = 147.2%
Aug 2014 = 177.0%
Sep 2014 = 166.9%
Oct 2014 = 211.7%
Nov 2014 = 151.6%

**1.5 Comparable & Complimentary (C&C)**
Goal:
Comparable & Complimentary (C&C)

Measure(s) of Success:
(5) 91% to 100% completion of C&C
(4) 86% - 90.9% completion of C&C
(3) 80% - 85.9% completion of C&C
(2) 75% -79.9% completion of C&C
(1) Less than 75% completion of C&C

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 5; Score: 5 From: 01/2014 , Attainment: 5; Score: 5 From: 01/2014 , Attainment: 5; Score: 5 From:
04/2014 , Attainment: 5; Score: 5 From: 04/2014 , Attainment: 5; Score: 5 From: 06/2014 , Attainment: 5; Score: 5 From:
06/2014 , Attainment: 5; Score: 5 From: 07/2014 , Attainment: 5; Score: 5 From: 07/2014 , Attainment: 5; Score: 5 From:
09/2014 , Attainment: 5; Score: 5 From: 09/2014
**Midyear Results:**
100% Completion. Finished #1 in country in 1st Quarter
**End of Year Results:**
100% completed

DEF_0000004

**1.6 Store Compliance Pronto (Compliance 100%) NR**

| Goal: | Measure(s) of Success: |
|---|---|
| Store Compliance Pronto (Compliance 100%) NR | (5) 96% - 100% store visit compliance |
| | (4) 90% - 95.9% store visit compliance |
| | (3) 85% - 89.9% store visit compliance |
| | (2) 80% - 84.9% store visit compliance |
| | (1) Less than 80% store visit compliance |

**Tasks**
**Imported Midyear Results (if applicable)**
LDNR DOS: Attainment: 97.53%; Score: 5 From: 12/2013
**Imported End of Year Results (if applicable)**
LDNR DOS: Attainment: 97.53%; Score: 5 From: 12/2013
**Midyear Results:**
100% compliance
**End of Year Results:**
100% completed

**1.7 Develops Others: Inspired & Engaged – 1:1 Connection Meeting completed (Goal: 90% completion)**

| Goal: | Measure(s) of Success: |
|---|---|
| Develops Others: Inspired & Engaged – | (5) 100% completion of 1:1 Meetings with team members |
| 1:1 Connection Meeting completed | (4) 96% to 99.9% Completion of 1:1 Meetings with team members |
| (Goal: 90% completion) | (3) 90% to 95.9% Completion of 1:1 Meetings with team members |
| | (2) 85% to 89.9% Completion of 1:1 Meetings with team members |
| | (1) Less than 85% Completion of 1:1 Meetings with team members |

**Tasks**
**Imported Midyear Results (if applicable)**
LDNR DOS: Attainment: 100.00%; Score: 5 From: 12/2013 ; LD DOSSIG: Attainment: 100.00%; Score: 5 From: 01/2014 , Attainment: 100.00%; Score: 5 From: 04/2014
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 100.00%; Score: 5 From: 01/2014 , Attainment: 100.00%; Score: 5 From: 04/2014 , Attainment: 100.00%; Score: 5 From: 06/2014 , Attainment: 0.00%; Score: 1 From: 07/2014 , Attainment: 0.00%; Score: 1 From: 09/2014 ; LDNR DOS: Attainment: 100.00%; Score: 5 From: 12/2013
**Midyear Results:**
**End of Year Results:**
100% completed

**1.8 Develops Others: MyGoal/MyPerformance**

| Goal: | Measure(s) of Success: |
|---|---|
| Develops Others: | TBD |
| MyGoal/MyPerformance | |

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 4; Score: 4 From: 01/2014 , Attainment: 4; Score: 4 From: 04/2014 , Attainment: 4; Score: 4 From: 06/2014 , Attainment: 4; Score: 4 From: 07/2014 , Attainment: 4; Score: 4 From: 09/2014
**Midyear Results:**
**End of Year Results:**
Develops Others: MyGoal/MyPerformance 06/2014 06/2014 4 0.25 4
Develops Others: MyGoal/MyPerformance 07/2014 08/2014 4 0.25 4
Develops Others: MyGoal/MyPerformance 09/2014 11/2014 4 0.25 4

DEF_0000005

**1.9 Drives for Results: Ensures Store visits are completed within established timeframes utilizing Pronto (Goal: 100% Completion)**

**Goal:**
Drives for Results: Ensures Store visits are completed within established timeframes utilizing Pronto (Goal: 100% Completion)

**Measure(s) of Success:**
(5) 100% store visit compliance utilizing Pronto
(4) 98% to 99.9% store visit compliance utilizing Pronto
(3) 95% to 97.9% store visit compliance utilizing Pronto
(2) 90% - 94.9% store visit compliance utilizing Pronto
(1) Less than 90% store visit compliance utilizing Pronto

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 4; Score: 4 From: 01/2014 , Attainment: 4; Score: 4 From: 04/2014 , Attainment: 4; Score: 4 From: 06/2014 , Attainment: 4; Score: 4 From: 07/2014 , Attainment: 4; Score: 4 From: 09/2014 ; LDNR DOS: Attainment: 4; Score: 4 From: 12/2013
**Midyear Results:**
100% compliant
**End of Year Results:**
100% completed

**1.10 Drives for Results: Effectively deliver customized training curriculum and merchandising efforts to meet identified impediments and opportunities identified in business plans**

**Goal:**
Drives for Results: Effectively deliver customized training curriculum and merchandising efforts to meet identified impediments and opportunities identified in business plans

**Measure(s) of Success:**
(5) = Far exceeds goals in delivering training and merchandising identified in store visit forms
(4) = Exceeds in delivering customized training and merchandising identified in store visit forms
(3) = Fully Meets delivering customized training/merchandising identified in store visit forms
(2) = Meets some of customized training/merchandising needs identified in store visit forms
(1) = Does not deliver customerized training/merchandising identified in store visit forms

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LDNR DOS: Attainment: 4; Score: 4 From: 12/2013
**Midyear Results:**
**End of Year Results:**
Drives for Results: Ensures Store visits are completed within established timeframes utilizing Pronto (Goal: 100% Completion) 06/2014 06/2014 4 0.20 4
Drives for Results: Ensures Store visits are completed within established timeframes utilizing Pronto (Goal: 100% Completion) 07/2014 08/2014 4 0.20 4
Drives for Results: Ensures Store visits are completed within established timeframes utilizing Pronto (Goal: 100% Completion) 09/2014 11/2014 4 0.20 4

DEF_0000006

1.11 Technical / Professional Expertise: Training Completion -External team training (Goal: 95% team)

| Goal: | Measure(s) of Success: |
|---|---|
| Technical / Professional Expertise: Training Completion -External team training (Goal: 95% team) | (5) 100% assigned team training completion |
| | (4) 97%-99.9% assigned team training completion |
| | (3) 95%-96.9% assigned team training completion |
| | (2) 85% to 94.9% assigned team training completion |
| | (1) Less than 85% assigned team training completion |

Tasks
**Imported Midyear Results (if applicable)**
LD DOSSIG: Attainment: 94.29%; Score: 2 From: 01/2014 , Attainment: 73.57%; Score: 1 From: 04/2014
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 94.29%; Score: 2 From: 01/2014 , Attainment: 73.57%; Score: 1 From: 04/2014 , Attainment: 86.42%; Score: 2 From: 06/2014 , Attainment: 78.84%; Score: 1 From: 07/2014 , Attainment: 92.07%; Score: 2 From: 09/2014
**Midyear Results:**
**End of Year Results:**
Technical / Professional Expertise: Training Completion -External team training (Goal: 95% team) 06/2014 06/2014 0.8642 0.15 2
Technical / Professional Expertise: Training Completion -External team training (Goal: 95% team) 07/2014 08/2014 0.7884 0.15 1
Technical / Professional Expertise: Training Completion -External team training (Goal: 95% team) 09/2014 11/2014 0.9207 0.15 2

1.12 Collaboration and Teamwork: Comparable & Complimentary (C&C)

| Goal: | Measure(s) of Success: |
|---|---|
| Collaboration and Teamwork: Comparable & Complimentary (C&C) | (5) 91% to 100% completion of C&C |
| | (4) 86% - 90.9% completion of C&C |
| | (3) 80% - 85.9% completion of C&C |
| | (2) 75% -79.9% completion of C&C |
| | (1) Less than 75% completion of C&C |

Tasks
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 5; Score: 5 From: 01/2014 , Attainment: 5; Score: 5 From: 04/2014 , Attainment: 5; Score: 5 From: 06/2014 , Attainment: 5; Score: 5 From: 07/2014 , Attainment: 5; Score: 5 From: 09/2014
**Midyear Results:**
100% completion
**End of Year Results:**
Collaboration and Teamwork: Comparable & Complimentary (C&C) 06/2014 06/2014 5 0.40 5
Collaboration and Teamwork: Comparable & Complimentary (C&C) 07/2014 08/2014 5 0.40 5
Collaboration and Teamwork: Comparable & Complimentary (C&C) 09/2014 11/2014 5 0.40 5

1.13 NER KPM Daily Ranker- attainment of postpaid voice and non voice NER targets along with new product growth (ie. ISIS), MPP and NEXT. Metrics follow NER Daily KPM Ranker by channel.

| Goal: | Measure(s) of Success: |
|---|---|
| NER KPM Daily Ranker- attainment of postpaid voice and non voice NER targets along with new product growth (ie. ISIS), MPP and NEXT. Metrics follow NER Daily KPM Ranker by channel. | (5) YTD average attainment at or above 120% |
| | (4) YTD average attainment between 110% - 119.99% |
| | (3) YTD average attainment between 100% - 109.99% |
| | (2) YTD average attainment between 85% - 99.99% |
| | (1) YTD average attainment below 85% |

Tasks
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
**Midyear Results:**
Market DOS DEC Jan Feb Mar Apr May # of months in position YTD Score
LIBERTY STATES RAY, ALISON 99% 68% 95% 93% 91% 88% 6 89% 2
**End of Year Results:**
no data found in MPP tool; no data in dash.

**1.14 Meet deadlines for Amplify modules as released. Career Discussions and Individual Development Plans for all management employees by midyear.**

**Goal:**
Meet deadlines for Amplify modules as released. Career Discussions and Individual Development Plans for all management employees by midyear.

**Measure(s) of Success:**
(5) Far Exceeds Performance Objectives & AT&T Success Factors
(4) Exceeds Performance Objectives & AT&T Success Factors
(3) Fully Meets Performance Objectives & AT&T Success Factors
(2) Meets Some Performance Objectives & AT&T Success Factors
(1) Does Not Meet Performance Objectives & AT&T Success Factors

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
**Midyear Results:**
Met all deadlines. Have career discussions during 1:1s. Hold monthly action plan meetings and mid-month check in consistently.
**End of Year Results:**
Met all deadlines

**1.15 myATT_DOI**

**Goal:**
myATT_DOI

**Measure(s) of Success:**
(5) YTD average attainment at or above 120%
(4) YTD average attainment between 110% - 119.99%
(3) YTD average attainment between 100% - 109.99%
(2) YTD average attainment between 85% - 99.99%
(1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOSSIG: Attainment: 44.40%; Score: 1 From: 04/2014
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 44.40%; Score: 1 From: 04/2014 , Attainment: 51.95%; Score: 1 From: 06/2014 , Attainment: 74.80%; Score: 1 From: 07/2014 , Attainment: 76.49%; Score: 1 From: 09/2014
**Midyear Results:**
**End of Year Results:**
myATT_DOI 06/2014 06/2014 0.5195 0.05 1
myATT_DOI 07/2014 08/2014 0.748 0.03 1
myATT_DOI 09/2014 11/2014 0.7649 0.03 1
#2 DOS in region

**1.16 ISIS mWallet Attach Rate**

**Goal:**
ISIS mWallet Attach Rate

**Measure(s) of Success:**
(5) YTD average attainment at or above 120%
(4) YTD average attainment between 110% - 119.99%
(3) YTD average attainment between 100% - 109.99%
(2) YTD average attainment between 85% - 99.99%
(1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOSSIG: Attainment: 92.54%; Score: 2 From: 04/2014
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 92.54%; Score: 2 From: 04/2014 , Attainment: 53.29%; Score: 1 From: 06/2014 , Attainment: 80.29%; Score: 1 From: 07/2014
**Midyear Results:**
**End of Year Results:**
ISIS mWallet Attach Rate 07/2014 08/2014 0.8029 0.03 1
no data found for 9/14-11/14
per dashboard: 9/14 = 70.4%; 10/14 = 37.9%; 11/14 = 23.5%
# 3 DOS in region

**1.17 Protected Device Pct**

**Goal:**                                              **Measure(s) of Success:**
Protected Device Pct                                   (5) YTD average attainment at or above 120%
                                                       (4) YTD average attainment between 110% - 119.99%
                                                       (3) YTD average attainment between 100% - 109.99%
                                                       (2) YTD average attainment between 85% - 99.99%
                                                       (1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 76.68%; Score: 1 From: 07/2014 , Attainment: 71.55%; Score: 1 From: 09/2014
**Midyear Results:**
**End of Year Results:**
07/2014 08/2014 0.7668 0.03 1
09/2014 11/2014 0.7155 0.03 1
#5 DOS in region

**1.18 Next+BYOD Smartphn Pstpd Opp Mix**

**Goal:**                                              **Measure(s) of Success:**
Next+BYOD Smartphn Pstpd Opp Mix                       (5) YTD average attainment at or above 120%
                                                       (4) YTD average attainment between 110% - 119.99%
                                                       (3) YTD average attainment between 100% - 109.99%
                                                       (2) YTD average attainment between 85% - 99.99%
                                                       (1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LD DOSSIG: Attainment: 98.14%; Score: 2 From: 07/2014 , Attainment: 91.35%; Score: 2 From: 09/2014
**Midyear Results:**
**End of Year Results:**
07/2014 08/2014 0.9814 0.03 2
09/2014 11/2014 0.9135 0.03 2

---

My Development

## *Building your skills for today and tomorrow*

Establish 1-3 development goals that maximize your leadership skills. These goals can focus on building on a strength you have today or developing a new skill to a point where you're effective—even strong—in an area you care about.

Why this is important:

- You'll continue to take yourself to the next level of what's possible.
- By developing your skills you're helping the team to continually innovate to benefit people's lives.

ATTACHMENTS: You may attach documentation supporting your results   here.

### Midyear Summary

Your supervisor will summarize your performance through midyear here.

**Section Comments:**

Comments by TIFFANY BAEHMAN:

Alison is having a strong year. She is making great progress on her whitespace distribution plan resulting in agent consolidation and performance improvement. She is trending to miss the whitespace goal of 38 this year, but should over achieve in 1Q15 based on current lease trends. She has increased her engagement scores with a seven point improvement in willingness to recommend AT&T. Her LEI score of 86% and LCI score of 81% is above the market and region average. In regard to metrics, Alison has exceeded targets for NEXT, Voice, and Data GA's in the first half of the year. Focus areas for 2H15 will be GA, DL, % protected and WTR. Alison is driving resolution to the servicing of Government accounts in the agent channel. Correcting this process will ultimately grow the business, reduce cost, and improve the overall customer experience.

### Strengths

Your supervisor will identify up to two key leadership strengths you demonstrate and include any supporting documents in the Midyear and/or End of Year Summary comments.

**Strength One** Solves Problems and Analyzes Issues

**Strength Two** Champions Change

### Areas of Focus

Your supervisor will identify up to two areas of focus for you and include any supporting documents in the Midyear Summary and/or End of Year comments. Remember, an area of focus can also be an existing "strength" that can be developed into an extraordinary strength.

**Area of Focus One** Inspires and Motivates Others to High Performance

**Area of Focus Two** [Select]

### My Commitment to an Ethical Workplace

Both compliance checks default to Yes initially. Your Supervisor will be able to update the checkboxes if appropriate.

Employee demonstrates understanding and commitment to the Code of Business Conduct and all other applicable company policies, including those related to environmental compliance. **If No, please note in Comments area.** Yes

Employee is current on all assigned compliance training. **If No, please note in Comments area.** Yes

### Performance Ratings

Your supervisor will assign the Business Results and Leadership ratings. Refer to Rating Process and Evaluation Criteria. Note: "No Rating Required" is an actual rating used for specific situations.

Ratings are required.

**Business Goals Rating:** Fully Meets

**Leadership Rating** Exceeds

End of Year Summary and Overall Rating

Your supervisor will use this section to summarize your performance during the review period and assign the overall performance rating. Include comments related to strengths and areas on which to focus.  Refer to Rating Process and Evaluation Criteria.

For employees not meeting performance expectations, the supervisor should consult with their Employee Relations Manager or HR Country Manager (International) before initiating a Performance Improvement Plan (PIP).

ATTACHMENTS: You may attach documentation supporting comments  here.

Overall Performance Rating Fully Meets

### Overall Comments
**Comments by TIFFANY BAEHMAN:**
Alison had a strong year in overall metric achievement. Alison was #1 in the region and #5 in the nation for overall YTD dashboard performance. Although falling short in overall whitespace door attainment, Alison did an amazing job rebuilding her distribution. She brought in new dealers like Spring and Mid-Atlantic Protel dramatically improving market results and setting the team up well for 2015. Team Ray showed YOY improvement in both postpaid and prepaid gross adds which separated her from her COR peers. Alison also spent 2014 growing and developing her team. She showed a true commitment to the coaching process and is driving the Direct feedback model through her team. Alison continues to drive improvement in ENPS and chaired the market engagement committee for 2014. In addition, she chaired the Excellerate conference for the second successful year. In 2015, Alison will be completing whitespace plans to close the distribution gap to Verizon, she will be refining performance on all dashboard metrics including premium protection and Digital Life, and finally Alison will be leading margin initiative projects like myATT and accessory revenue tactics for the local dealer channel.

| Signatures | | |
|---|---|---|
| Manager: | *TIFFANY BAEHMAN* | *02/25/2015* |
| | TIFFANY BAEHMAN | |
| Employee: | *ALISON RAY* | *02/25/2015* |
| | ALISON RAY | |

Hidden Competencies Section - here only so Leadership competencies can be included in Dev Goal picklist

**Broad Perspective**
Understands AT&T's vision and priorities. Recognizes how own work and performance is aligned with the organization's strategic plan.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Builds Relationships**
Initiates and maintains effective working relationships with others to accomplish goals. Trusted by all team members. Keeps a focus on results while balancing the needs of others.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Champions Change**
Champions change efforts. Helps others adjust to and implement change. Possesses a clear vision and courage to change, not merely run the business.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Collaboration and Teamwork**
Works within and across organizational boundaries to achieve objectives. Facilitates cooperation, conflict resolution, and group processing. Values diverse perspectives with teamwork.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Communicates Powerfully and Prolifically**
Presents ideas in an engaging manner. Communicates vision/direction and helps others understand how their work contributes to objectives. Shares important/critical information; keeps others informed. Skilled in helping others understand problems/issues.
**Comments by SF ADMIN:**
*No comments*
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*

**Connects the Group to the Outside World**
Responds to, and helps others understand the critical need to deliver an effortless customer experience aligned to AT&T's priorities. Effectively represents own team to other groups. Broad networking to bring in relevant/beneficial information.
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by ALISON RAY:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Develops Others**
Makes development of self and others a priority. Provides honest feedback and coaching. Shares knowledge to help others succeed and develop. Sees development of diverse talent as a competitive business strategy.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Develops Strategic Perspective**
Helps others understand AT&T's vision and priorities. Demonstrates longer-term perspective for work.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Displays High Integrity and Honesty**
Sets the example for others. High ethical standards. Actions mirror words. Honors commitments and promises. Fosters diversity and inclusion; values and respects differences.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Drives for Results**
Holds self and others accountable for accomplishing results. Ensures follow through on commitments. Persists in the face of obstacles.
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*
**Comments by ALISON RAY:**
*No comments*

Establishes Stretch Goals
Focuses self and team on highest priorities. Models standards of excellence. Pushes self and others to go beyond original goals and set stretch objectives.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

Innovates
Discontent with the status quo; tries new approaches. Encourages new ideas and risk taking in others. Finds opportunities in roadblocks. Practices improved approaches to get work done.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

Inspires and Motivates Others to High Performance
Encourages others with a personal commitment to achieve exceptional results. By own example inspires others to high levels of performance. Displays high energy and enthusiasm for work. Willing to take on new assignments.
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*
**Comments by ALISON RAY:**
*No comments*

Practices Self-Development
Seeks feedback on own performance to improve. Challenges self to improve based on feedback. Creates environment of improvement encouraging self and others to exceed results.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

Solves Problems and Analyzes Issues
Quickly grasps the complexities of issues and uses sound analyses to identify solutions. Foresees obstacles and opportunities. Decisions are trusted by team.
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by ALISON RAY:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Supports Change**
Recognizes when change is needed and embraces change in the organization. Possesses courage to try new approaches.
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Takes initiative**
Proactively goes beyond what is expected. Takes action without having to be told. Passionate about taking on new challenges. Willingly shares ideas and assists others without being asked.
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*
**Comments by ALISON RAY:**
*No comments*

**Technical/Professional Expertise**
Is recognized and sought after for expertise and job knowledge. Ideas and opinions are trusted by workgroup. Skills and knowledge are a significant contribution to team results.
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by ALISON RAY:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Diversity and Inclusion Management**
Ability to understand, appreciate and leverage the unique contributions of individuals from a variety of racial and ethnic backgrounds, genders, sexual orientations, ages, cultures, abilities, perspectives and other diversity dimensions in order to drive
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

**Section Comments:**
**Comments by ALISON RAY:**
*No comments*
**Comments by TIFFANY BAEHMAN:**
*No comments*
**Comments by SF ADMIN:**
*No comments*

DEF_0000015

# GAGE DECLARATION EXHIBIT 13

# 2015 My Performance Plan for ALISON RAY



| Employee Information | |
|---|---|
| Last Name: | RAY |
| First Name: | ALISON |
| Position Title: | DIRECTOR OF SALES |
| Supervisor: | TIFFANY BAEHMAN |
| ATTUID: | aa2582 |
| Department: | RETAIL SLS & SVC - LIBERTY STATES |
| Business Unit: | MOBILITY RTL SLS & SVC - NE REG |
| Company Name: | AT&T Mobility Services LLC |

**Review Information**

| | |
|---|---|
| Originator: | KDJ admin1 (KDJadmin1) |
| Review Period: | 01/01/2015 - 12/31/2015 |
| Due Date: | 02/29/2016 |

**Attachments**

To view or attach new documentation supporting results/comments click here.  Note:  Attachments added to the performance plan also automatically appear on your myCareer Profile in the myDocuments section.



PLAINTIFF'S EXHIBIT
12
ML   1/31/20

DEF_0000016

**Business Goals**

Here's where your Business Goals from your myGoal Plan appear. You can add and edit goals right from here. Note your progress and the results for each Business Goal at midyear and end of year.

**Goal:**
WTR Attnmnt %

**Measure(s) of Success:**
(5) YTD average attainment at or above 115%
(4) YTD average attainment between 105% - 114.99%
(3) YTD average attainment between 95% - 104.99%
(2) YTD average attainment between 85% - 94.99%
(1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOS: Attainment: 105.56%; Score: 4 From: 12/2014 To: 05/2015
**Imported End of Year Results (if applicable)**
LD DOS: WTR Attnmnt %; Attainment: 1.0363; Score: 3 From: 12/2014 To: 11/2015
**Midyear Results:**
**End of Year Results:**

**Goal:**
Project Completion % for Whitespace / Relocations /
Remodels

**Measure(s) of Success:**
(5) YTD average attainment at or above 115%
(4) YTD average attainment between 105% - 114.99%
(3) YTD average attainment between 95% - 104.99%
(2) YTD average attainment between 85% - 94.99%
(1) YTD average attainment below 85%

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
**Midyear Results:**
Completed 3 WS openings, 3 Relocations, 4 Remodels and 4 COR conversions
**End of Year Results:**
Distribution Results

- 13 WS Locations (1-2 in December) opened
- 6 RS/GS Locations opened
- 14 Remodels completed
- 8 Relocations completed
- 4 COR to Dealer Transfers
- Terminated 2 dealers: PPC (Prepaid only) and Wireless Solutions (1 door)
- 2 Dealer Acquisitions: Wireless Ambitions (1 door) and Slayton Wireless (6 doors)

**Goal:**
Training Completion - External dealer team

**Measure(s) of Success:**
(5) 96% - 100% Completion of required Dealer training
(4) 90% - 95.9% Completion of required Dealer training
(3) 85% to 89.9% Completion of required Dealer training
(2) 80% to 84.9% Completion of required Dealer training
(1) Less than 79.9% Completion of required Dealer training

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOS: Attainment: 87.60%; Score: 3 From: 12/2014 To: 05/2015
**Imported End of Year Results (if applicable)**
LD DOS: Training Completion - External dealer team; Attainment: 0.8697; Score: 3 From: 12/2014 To: 11/2015
**Midyear Results:**
**End of Year Results:**
Small Business Certification 21% - #1 NER, #3 Nationally

**Goal:**
Operational Compliance-ANR 3X per year, Business
Plans 1X per year, Fraud Audits as assigned (Goal:
100% completion)

**Measure(s) of Success:**
(5) 96% - 100% completion
(4) 90% - 95.9% completion
(3) 85% - 89.9% completion
(2) 80% - 84.9% completion
(1) Less than 80% completion

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LD DOS: Operational Compliance Compliance Audits 2X per year, ANR 3X per year, Business Plans 1X per year, Fraud Audits as assigned (Goal: 100% completion);
Attainment: 5.0000; Score: 5 From: 12/2014 To: 11/2015
**Midyear Results:**
**End of Year Results:**

**Goal:**
Store Visit Compliance

**Measure(s) of Success:**
(5) 96% - 100% store visit completion
(4) 90% - 95.9% store visit completion
(3) 85% - 89.9% store visit completion
(2) 80% - 84.9% store visit completion
(1) Less than 80% store visit completion

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
LD DOS: Store Visit Compliance; Attainment: 5.0000; Score: 5 From: 12/2014 To: 11/2015
**Midyear Results:**
**End of Year Results:**

DEF_0000018

https://performancemanager4.successfactors.com/printpreview?bplte_company=ATT&pp_pm_...

| Goal: | Measure(s) of Success: |
|---|---|
| Training Completion - Internal team training | (5) 100% and above assigned team training completion |
| | (4) 98%-99.9% assigned team training completion |
| | (3) 95%-97.9 assigned team training completion |
| | (2) 90% to 94.9% assigned team training completion |
| | (1) Less than 90% assigned team training completion |

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOS: Attainment: 94.16%; Score: 2 From: 12/2014 To: 05/2015
**Imported End of Year Results (if applicable)**
LD DOS: Training Completion - Internal team; Attainment: 0.9670; Score: 3 From: 12/2014 To: 11/2015
**Midyear Results:**
**End of Year Results:**

| Goal: | Measure(s) of Success: |
|---|---|
| I&E and eNPS Action Plan execution | (5) Far Exceeds goals for Employee Engagement |
| | (4) Exceeds goals for Employee Engagement |
| | (3) Fully Meets goals for Employee Engagement |
| | (2) Meets Some goals for Employee Engagement |
| | (1) Does Not Meet goals for Employee Engagement |

**Tasks**
**Imported Midyear Results (if applicable)**
**Imported End of Year Results (if applicable)**
**Midyear Results:**
**End of Year Results:**
LD DOS: I&E and eNPS Action Plan execution; Attainment: 3.0000; Score: 3 From: 12/2014 To: 11/2015

Employee Engagement
  Improved eNPS scores (September)

- Direct Reports Q1 and Q2 increased to 100%
- Organization: Q1 improved to 52 (from 41); Q2 improved to 81 (from 79)

Coordinated 2015 Employee Appreciation Day for Liberty State
RMDP Mentor
Employee Mentor
Participated in BOMF and Boy Scouts of America events; #1 fundraiser for WPA Junior Achievement

| Goal:<br>Sales Ranker - Attainment | Measure(s) of Success:<br>Success Measurement Dec 2014-June 2015 |
|---|---|
| | (5) Attainment percentile 90% - 100%<br>(4) Attainment percentile 70% - 89.99%.<br>(3) Attainment percentile 30% - 69.99%.<br>(2) Attainment percentile 10% - 29.99%.<br>(1) Attainment percentile 9.99% |
| | DOS/ARSM Success measurement July 2015-November 2015 |
| | (5) Attainment at or above 110%<br>(4) Attainment between 105% - 109.99%.<br>(3) Attainment between 95% - 104.99%.<br>(2) Attainment between 85% - 94.99%.<br>(1) Attainment below 85% |

**Tasks**
**Imported Midyear Results (if applicable)**
LD DOS: Attainment: 61.25%; Score: 3 From: 12/2014 To: 05/2015
**Imported End of Year Results (if applicable)**
LD DOS: Ranker Pctile: 65.27% Wt: 58.33% Pctl Score: 3 Starting 12/2014 to 6/2015; Ranker Attnmnt: 89.21% Wt: 41.67% Att Score: 2 ;Attnmnt starting 7/2015
**Midyear Results:**
**End of Year Results:**
<u>Performance Results YTD November</u>

- Postpaid Gross Adds +42% YOY
- Postpaid Voice +14% YOY
- Tablets +126% YOY
- Upgrades +14% YOY
- CRU SMB +78% YOY
- IRU +86% YOY

<u>Key Rank Stats:</u>

- LS AR #2 market overall in NER
- #1 NER Opps/Location (165); #5 Nationally
- #1 NER PPGA/Location (59)
- #1 NER Tablets/Location (24.3)
- #2 NER DL submitted/Location / #2 Cancel Rate (36%)
- #2 NER DTV submitted/Location / #2 Cancel Rate (28.4%)
- #5 Nationally WTR 78%
- #2 NER Plenti Attach Rate 11%; #3 Nationally
- Record BTS 2015 Results
  - #1 NER across the board: Opps/loc (166.5), GA/loc (66.7), PPGA/loc (40.7), IRU/loc (31), Tabs/loc (23.4)
  - Mid Atlantic Protel University of Pittsburgh #1 <u>Retail</u> Location in NER and #1 Country in August (815 opps; 768 Gross Adds)

DEF_0000020

**Development Goals**

Establish 1-3 development goals to build skills with your current role. You can add existing goals from your IDP using the "Add Existing Development Goal" button, or create a new one directly here which will also be accessible from your IDP.

**Midyear Summary**

Your supervisor will summarize your performance through midyear here.

**Section Comments:**
**Comments by TIFFANY BAEHMAN:**
Alison is having a great year!  She is currently ranked #1 in the region on the sales dashboard and her Whitespace initiatives are on track to exceed targets by end of year. In the back half of the year, Alison will be focused on driving COR performance levels in DL, DTV, CRU, IRU, Non Contract, and PRPO.  Dealer WTR performance currently exceeds COR performance. Alison will be participating with HQ on the hybrid hunter trial with Cell Concepts.  Finally, Alison will be rebooting her White Space Plan to match VZ in Philadelphia.  Although doors will not open in 2015, plans should be completed with a direct line of site to open in excess of 20 additional doors in Philadelphia by June of 2016.

**Midyear Performance Ratings**

If utilized by your business unit, your supervisor will assign the midyear Business Results, Leadership, and Overall ratings here. Refer to Rating Process and Evaluation Criteria.

**Midyear Business Results Rating:** Fully Meets
**Midyear Leadership Rating:** Exceeds
**Midyear Overall Rating:** Fully Meets

**Strengths**

Your supervisor will identify up to two key leadership strengths you demonstrate and include any supporting comments in the Midyear and/or End of Year Summary comments.

**Strength One** Displays high integrity, honesty and a deep sense of caring for the success of our company, customers and employees
**Strength Two** [Select]

**Areas of Focus**

Your supervisor will identify up to two areas of focus for you and include any supporting comments in the Midyear Summary and/or End of Year Summary comments. Remember, an area of focus can also be an existing "strength" that can be developed into an extraordinary strength.

**Area of Focus One** [Select]
**Area of Focus Two** [Select]

**Compliance**

Both compliance checks default to Yes initially. Your Supervisor will be able to update the checkboxes if appropriate. If either check is No, the Supervisor will note in the section comments below.

**- Employee demonstrates understanding and commitment to the Code of Business Conduct and all other applicable company policies, including those related to environmental compliance.** Yes
**- Employee is current on all assigned compliance training.** Yes

**End of Year Results-Leadership Ratings**

https://performancemanager4.successfactors.com/printpreview?bplte_company=ATT&pp_pm_...

**End of Year Summary and Overall Rating**

Your supervisor will use this section to summarize your performance during the review period and assign the overall performance rating.

- Include comments related to strengths and areas on which to focus. <u>Note</u>: Comment field has a 4000 character limit.
- Refer to <u>Rating Process and Evaluation Criteria</u>.
- For employees not meeting performance expectations, the supervisor should consult with their Employee Relations Manager or HR Country Manager (International) before initiating a Performance Improvement Plan (PIP).

**Overall Performance Rating: Fully Meets**

**Overall Comments**
**Comments by TIFFANY BAEHMAN:**
Alison had a solid year. She managed her whitespace plan down to the wire and hit assigned whitespace, relo, and remodel targets. Alison exceeded WTR targets and lead the region in overall GA attainment. Alison continued to shine in the CRU space growing performance through all dealer principal accounts. She participated in a national CRU trial for Small Business and led the region in small business certification. Most importantly, Alison continues to improve her engagement scores across her ever growing and changing team.

In 2016, Alison was awarded the largest whitespace growth plan in the region. Alison carries the highest gross add growth rate plan at 15% YOY. The challenge this year will be to get all AR doors to generate similar productivity levels as COR. Alison already exceeds COR productivity for CRU, but Home Solutions, tablets, and GoPhone will serve as the stretch for the AR team. Lastly, Alison has committed to being known for developing an engaged workforce and she is determined to lead the region in the overall customer experience. 2016 will be a great year for Alison!

**Signatures**

| | | |
|---|---|---|
| Manager: | *TIFFANY BAEHMAN* | *02/22/2016* |
| | TIFFANY BAEHMAN | |
| Employee: | *ALISON RAY* | *02/22/2016* |
| | ALISON RAY | |

DEF_0000022

# GAGE DECLARATION EXHIBIT 14

# FILED UNDER SEAL

# GAGE DECLARATION EXHIBIT 15

# FILED UNDER SEAL

# GAGE DECLARATION EXHIBIT 16

# FILED UNDER SEAL

# GAGE DECLARATION
# EXHIBIT 17

# FILED UNDER SEAL

# GAGE DECLARATION
# EXHIBIT 18

# FILED UNDER SEAL

# GAGE DECLARATION
# EXHIBIT 19

# FILED UNDER SEAL

# GAGE DECLARATION EXHIBIT 20

# FILED UNDER SEAL

# GAGE DECLARATION
# EXHIBIT 21

# FILED UNDER SEAL

# GAGE DECLARATION EXHIBIT 22

# FILED UNDER SEAL

# GAGE DECLARATION EXHIBIT 23

# FILED UNDER SEAL

# GAGE DECLARATION EXHIBIT 24

# FILED UNDER SEAL

# GAGE DECLARATION
# EXHIBIT 25

# FILED UNDER SEAL