# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISON RAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| AT&T INC., et al., | : | No. 18-3303 |
| Defendants. | : | |

## ORDER

AND NOW, on December 28, 2020, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendant's Motion for Summary Judgment (doc. 97) is DENIED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE