IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISON RAY | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| AT & T MOBILITY SERVICES, LLC. | : | NO. 18CV3303 |
|     Defendant | : | |

### C I V I L   J U D G M E N T

Before the Honorable Timothy R. Rice

      AND NOW, this 9th day of December 2021, in accordance with the jury verdict,

      IT IS ORDERED that Judgment is entered in favor of the Plaintiff in amount of **$2,253,695**.

      BY THE COURT

      ATTEST:

      \s\ Donna Marie Croce
      Donna Marie Croce
      Deputy Clerk to the
      Honorable Timothy R. Rice
      U.S. Magistrate Judge