IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALISON RAY,

           Plaintiff,           Case No. 2:18-cv-03303-TR

    v.           Magistrate Judge Timothy R. Rice

AT&T MOBILITY SERVICES LLC,

           Defendant.

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that defendant AT&T Mobility Services LLC appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered by the United States District Court for the Eastern District of Pennsylvania on December 9, 2021, (ECF 166); and from the Order entered on January 11, 2019, (ECF 29), granting plaintiff's Partial Motion for Summary Judgment and denying defendant's Cross-Motion for Partial Summary Judgment on Count II of the Complaint.[*]

---

[*] Defendant is filing this Notice of Appeal within the timeframe prescribed by Fed. R. App. P., Rule 4(a)(1)(A). Post-trial motions and oppositions are due on January 14, 2022, and February 14, 2022, respectively. (ECF 167.) Defendant intends to renew this Notice of Appeal upon the entry of an order disposing of the last such remaining motion as prescribed by Fed. R. App. P., Rule 4(a)(4)(B)(i).

Dated:  January 10, 2022                              Respectfully submitted,

*/s/ Kenneth W. Gage*

Kenneth W. Gage\*
Sara B. Tomezsko\*
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
kennethgage@paulhastings.com
saratomezsko@paulhastings.com
\* *Admitted pro hac vice*

James Bucci
Genova Burns LLC
1600 Market Street
Suite 3800
Philadelphia, PA 19103
(215) 564-0444
jbucci@genovaburns.com

*Attorneys for Defendant*
*AT&T Mobility Services LLC*

## **CERTIFICATE OF SERVICE**

I, Sara B. Tomezsko, hereby certify that on January 10, 2022, I caused a copy of the foregoing Notice of Appeal to the U.S. Court of Appeals for the Third Circuit to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Sara B. Tomezsko