IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALISON RAY,

        Plaintiff,                      Case No. 2:18-cv-03303-TR

    v.                                 Magistrate Judge Timothy R. Rice

AT&T MOBILITY SERVICES LLC,

        Defendant.

## DEFENDANT AT&T MOBILITY SERVICES LLC'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Federal Rules of Civil Procedure, Rule 50(b)(3), Defendant AT&T Mobility Services LLC ("AT&T") by and through its undersigned counsel, hereby moves this Court for an Order granting AT&T's Motion for Judgment as a Matter of Law (the "Motion") for the reasons identified in the enclosed Memorandum of Law in Support of Its Motion, and accompanying Declaration of Kenneth W. Gage.. Alternatively, Defendant moves this Court for an Order granting AT&T a new trial pursuant to Rule 50(b)(2).

Pursuant to Local Rule 7.1(f), AT&T respectfully requests oral argument on this Motion.

1

WHEREFORE, AT&T respectfully requests that the Court grant AT&T's Motion and enter an Order directing the entry of judgment for AT&T Mobility Services LLC as a matter of law or, alternatively, an Order for a new trial.

Dated: January 14, 2022

Respectfully submitted,

Kenneth W. Gage*
Sara B. Tomezsko*
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
kennethgage@paulhastings.com
saratomezsko@paulhastings.com
* Admitted pro hac vice

James Bucci
Genova Burns LLC
1600 Market Street
Suite 3800
Philadelphia, PA 19103
(215) 564-0444
jbucci@genovaburns.com

*Attorneys for Defendant
AT&T Mobility Services LLC*

## CERTIFICATE OF SERVICE

I, Sara B. Tomezsko, hereby certify that on January 14, 2022, I caused a copy of the foregoing Motion for Judgment as a Matter of Law, Memorandum of Law, and Declaration of Kenneth W. Gage to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Sara B. Tomezsko