# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISON RAY, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| AT&T MOBILITY SERVICES, LLC, | : | No. 18-3303 |
| | : | |
|     Defendant. | : | |

## ORDER

AND NOW, on February 22, 2022, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendant's Motion for Judgment as a Matter of Law (doc. 170) is DENIED.

BY THE COURT:

*/s/Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE