IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISON RAY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AT&T MOBILITY SERVICES, LLC, | : | No. 18-3303 |
| Defendants. | : | |

## ORDER

AND NOW, on April 22, 2022, based on my consideration of Plaintiff Alison Ray's Petition for Attorney Fees and Costs (doc. 172) and Defendants AT&T Mobility Services, LLC's Response (doc. 178), and for the reasons stated in my accompanying opinion, it is ORDERED that Ms. Ray's Petition is granted in part and denied in part, and she shall be awarded $764,825.00 in attorney fees and $38,643.86 in costs.

BY THE COURT:

s/ Timothy R. Rice
TIMOTHY R. RICE
United States Magistrate Judge