# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1066

Alison Ray v. AT&T Mobility Services LLC

(U.S. District Court No.: 2-18-cv-03303)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 20, 2022
JK/cc: Kenneth Gage, Esq.
Laura C. Mattiacci, Esq.
Daniel S. Orlow, Esq.
Susan M. Saint-Antoine, Esq.
Sara B. Tomezsko, Esq.
Mr. George V. Wylesol,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate